454 A.2d 177

Commonwealth v. Foster, Appellant.

Submitted December 7, 1981.   Anne L. Wall, Assistant Public Defender, for appellant;  Kenneth Brown, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, ROWLEY and McEWEN, JJ.

Judgment of sentence affirmed.

CAVANAUGH, J., filed a memorandum concurring opinion.